UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HELIX ELECTRIC, INC.

Plaintiff,

v.

DIVISION OF LABOR STANDARDS ENFORCEMENT, an agency of the State of California; DEPARTMENT OF INDUSTRIAL RELATIONS, an agency of the State of California; DONNA DELL, an individual in her capacity as Labor Commissioner of the State of California; JOHN REA, an individual in his capacity as Acting Director of the Department of Industrial Relations of the State of California; COUNTY OF SACRAMENTO, PUBLIC WORKS COMPLIANCE PROGRAM,

Defendants.

CASE NO. 05-cv-2303 FCD KJM

**STIPULATION TO CONTINUE TEMPORARY RESTRAINING ORDER AND HEARING ON ORDER TO SHOW CAUSE RE ENTRY OF PRELIMINARY INJUNCTION; ORDER THEREON**

Judge: Hon. Frank C. Damrell, Jr.

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Court issued a temporary restraining order on Tuesday, November 22, 2005, preventing the release of Helix Electric, Inc.'s employees' addresses to the Public Works Compliance Program;

WHEREAS, the Court further set a hearing on December 2, 2005 at 10:00 a.m., for defendants to show cause why a preliminary injunction should not be issued;

WHEREAS, the Court set a briefing schedule for the hearing on the order to show cause;

WHEREAS, the Court elected not to require Helix to post a bond for the temporary restraining order;

WHEREAS, the Public Works Compliance Program has indicated that it may request the Court to require that Helix post a bond;

WHEREAS, the parties have discussed the pending hearing date and briefing schedule and have agreed to continue those dates to allow adequate time for full and complete briefing on the issues;

THEREFORE, by and through their respective counsel, the parties stipulate as follows:

1. Defendants hereby agree that the temporary restraining order shall remain in full force and effect until the hearing on the order to show cause re a preliminary injunction is held;

PDF created with pdfFactory trial version www.pdffactory.com

2. The hearing on the order to show cause why a preliminary injunction should not be issue shall be continued until January 27, 2006 at 10:00 a.m.

3. Any and all opposition papers must be filed and served by Defendants no later than January 6, 2006.

4. Any and all reply papers must be filed and served by Helix no later than January 20, 2006.

5. The Public Works Compliance Program shall have until December 5, 2005 to file and serve a request for reconsideration as to whether Helix must post a bond on the temporary restraining order.

IT IS SO STIPULATED:

DATED: ____________________, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By ______________________________

RICHARD M. FREEMAN
MATTHEW S. McCONNELL

Attorneys for Plaintiff
HELIX ELECTRIC, INC.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: ____________________, 2005

WEINBERG, ROGER & ROSENFELD

By ______________________________

DAVID ROSENFELD, Esq.

Attorneys for Defendant
PUBLIC WORKS COMPLIANCE PROGRAM

DATED: ____________________, 2005

By ______________________________

RAY C. THOMPSON, Deputy County Counsel

Attorney for Defendant
COUNTY OF SACRAMENTO

DATED: ____________________, 2005

By ______________________________

ANN HIPSHMAN, Esq.

Attorney for Defendants
DIVISION OF LABOR STANDARDS ENFORCEMENT, DEPARTMENT OF INDUSTRIAL RELATIONS, JOHN REA AS ACTING DIRECTOR OF THE DIR, AND DONNA DELL AS LABOR COMMISSIONER

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based on the foregoing stipulation and good cause appearing therefore, the Court orders the following:

The hearing on the order to show cause why a preliminary injunction should not be issue shall be continued until January 23, 2006 at 10:00 a.m.

Any and all opposition papers must be filed and served by Defendants no later than January 6, 2006.

Any and all reply papers must be filed and served by Helix no later than

January 20, 2006.

The temporary restraining order prohibiting the release of Helix Electric, Inc.'s employees' address to the Public Works Compliance Program shall remain in full force and effect until the hearing on the order to show cause re a preliminary injunction is held.

The Public Works Compliance Program shall have until December 5, 2005 to file and serve a request for reconsideration as to whether Helix must post a bond on the temporary restraining order.

IT IS SO ORDERED.

Dated: December 2, 2005

/s/ Frank C. Damrell Jr.

UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com