IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELIX ELECTRIC, INC.,

    Plaintiff,                        No. CIV S-05-2303 FCD KJM

    vs.

DIVISION OF LABOR STANDARDS ENFORCEMENT, et al.,

    Defendants.                  <u>ORDER</u>

_____/

       Plaintiff's motion for expedited discovery came on regularly for hearing January 11, 2006.  Matt McConnell appeared telephonically for plaintiff.  Caren Sencer appeared telephonically for defendant PWCP.  Ray Thompson appeared telephonically for defendant County of Sacramento.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, good cause appearing therefor, and confirming the bench order of January 11, THE COURT FINDS AND ORDERS AS FOLLOWS:

       1.  The motion for expedited discovery is granted in part.  The deposition of the person(s) most knowledgeable of defendant PWCP with respect to the areas identified by plaintiff in the moving papers shall be conducted no later than January 18, 2006.  Said

/////

1  deposition(s) may be conducted telephonically and shall extend in duration no longer than two
2  hours.
3        2.  A complete copy of the trust agreement shall be produced to plaintiff prior to
4  the deposition.
5  DATED: January 13, 2006.

                                                               _____
                                                               UNITED STATES MAGISTRATE JUDGE

006
helix.oah