UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HELIX ELECTRIC, INC.,

    Plaintiff,

  v.

DIVISION OF LABOR STANDARDS ENFORCEMENT, an agency of the State of California; DEPARTMENT OF INDUSTRIAL RELATIONS, an agency of the State of California; DONNA DELL, an individual in her capacity as Labor Commissioner of the State of California; JOHN REA, an individual in his capacity as Acting Director of the Department of Industrial Relations of the State of California; COUNTY OF SACRAMENTO, PUBLIC WORKS COMPLIANCE PROGRAM,

    Defendants.

NO. CIV. 05-2303 FCD KJM

MEMORANDUM AND ORDER

----oo0oo----

  This matter is before the court on plaintiff Helix Electric, Inc.'s ("Helix") ex parte application for an injunction pending appeal of this court's February 27, 2006 Order, which denied plaintiff's motion for a preliminary injunction. Pursuant to

1

Federal Rule of Civil Procedure 62(c), plaintiff seeks to enjoin defendants from releasing the home addresses of Helix's employees to defendant Public Works Compliance Program ("PWCP") under Labor Code Section 1776(e).  In considering whether to grant an injunction pending appeal pursuant to Rule 62(c), the court must weigh (1) movant's establishment of a strong likelihood of success on the merits; (2) the balance of irreparable harm; and (3) the public interest in granting an injunction.  <u>Warm Springs Dam Task Force v. Gribble</u>, 565 F.2d 549, 551 (9th Cir. 1977) (citing <u>Alpine Lakes Protection Soc'y v. Schlapfer</u>, 518 F.2d 1089, 1090 (9th Cir. 1975).

    For the reasons set forth in the court's February 27 Order, plaintiff has not presented evidence of irreparable harm to its interests under the facts of this case.  Further, for the reasons set forth in the court's February 27 Order, plaintiff has not demonstrated probability of success on the merits.  As such, plaintiff's ex parte application for an injunction pending appeal is DENIED.

    IT IS SO ORDERED.

DATED: March 13, 2006

                              <u>/s/ Frank C. Damrell Jr.</u>
                              FRANK C. DAMRELL, Jr.
                              UNITED STATES DISTRICT JUDGE