UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIX ELECTRIC, INC.<br><br>Plaintiff,<br><br>v.<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT, an agency of the State of California; DEPARTMENT OF INDUSTRIAL RELATIONS, an agency of the State of California; DONNA DELL, an individual in her capacity as Labor Commissioner of the State of California; JOHN REA, an individual in his capacity as Acting Director of the Department of Industrial Relations of the State of California; COUNTY OF SACRAMENTO, PUBLIC WORKS COMPLIANCE PROGRAM,<br><br>Defendants. | CASE NO.  05-cv-2303 FCD KJM<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

**STIPULATION FOR DISMISSAL**

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

**SO STIPULATED.**

DATED: March ____, 2007

                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____
                         RICHARD M. FREEMAN
                         MATTHEW S. McCONNELL

                         Attorneys for Plaintiff
                         HELIX ELECTRIC, INC.

DATED: March ____, 2007

                         WEINBERG, ROGER & ROSENFELD

By  _____
                         DAVID ROSENFELD, Esq.

                         Attorneys for Defendant
                         PUBLIC WORKS COMPLIANCE PROGRAM

DATED:  March ____, 2007

By _____
RAY C. THOMPSON, Deputy County Counsel

Attorney for Defendant
COUNTY OF SACRAMENTO

DATED:  March ____, 2007

By _____
DAVID BALTER, Esq.

Attorney for Defendants
DIVISION OF LABOR STANDARDS ENFORCEMENT, DEPARTMENT OF INDUSTRIAL RELATIONS, JOHN REA AS ACTING DIRECTOR OF THE DIR, AND DONNA DELL AS LABOR COMMISSIONER

### ORDER ON STIPULATION FOR DISMISSAL

The parties having so stipulated, this matter is hereby ordered DISMISSED WITHOUT PREJUDICE.

DATED: April 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE